

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2020

No. 04-20-00421-CV

**IN THE INTEREST OF C.S., C.S., AND C.S., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI00253
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on or before **January 7, 2021**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court